IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LIU,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM TAN, et al.,<br><br>    Defendants. | Case No. 18-cv-00054-MMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING PLAINTIFF'S MOTION TO REMAND; DENYING PLAINTIFF'S REQUEST FOR AWARD OF FEES; DIRECTIONS TO CLERK**<br><br>Re: Dkt. Nos. 5, 10 |

Before the Court is Magistrate Judge Jacqueline Scott Corley's Report and Recommendation, filed February 26, 2018, by which said Magistrate Judge recommends the Court grant plaintiff's motion to remand the above-titled action to state court and deny plaintiff's request for an award of attorney fees. No party has filed an objection or other response to the Report and Recommendation.

Having read and considered the Report and Recommendation, as well as the notice of removal and plaintiff's motion, the Court rules as follows:

1. The Report and Recommendation is hereby ADOPTED in its entirety;

2. Plaintiff's motion to remand is hereby GRANTED; and

3. Plaintiff's request for an award of fees is hereby DENIED.

The Clerk of Court is DIRECTED to remand the above-titled action to the Superior Court of California, in and for the County of San Mateo.

**IT IS SO ORDERED.**

Dated: March 16, 2018

MAXINE M. CHESNEY
United States District Judge